**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6836**

---

JOHN WILLIAM MUNSON,

Petitioner - Appellant,

versus

HARLEY G. LAPPIN,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CA-97-380-5-HC-BO)

---

Submitted: August 28, 1997      Decided: September 17, 1997

---

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

John William Munson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing, without prejudice, his petition filed under 28 U.S.C.A. § 2241 (West 1994 & Supp. 1997). Our review of the record and the district court's order discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Munson v. Lappin, No. CA-97-380-5-HC-BO (E.D.N.C. May 20, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED